FILED
JUN 2 5 2008
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY: _____ DEP CLK

FILED
JUN 18 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court) 4:07-CR-54-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 2:08cr102 |

| NAME AND ADDRESS OF OFFENDER | DISTRICT EASTERN NORTH CAROLINA | DIVISION 2:08CR102 |
|---|---|---|
| James E Johnson, Jr. 1321 N. Bayshore Drive Virginia Beach VA 23451 | NAME OF SENTENCING JUDGE Terrence W. Boyle | |
| | DATES OF SUPERVISION → | FROM 03/11/08 — TO 03/10/09 |

**OFFENSE**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Eastern District of Virginia upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

5-31-08
Date

_[signature]_
U.S. District Judge

* This sentence may be deleted in the discretion of the transferring court.

## PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

6/17/08
Effective date

_[signature]_
United States District Judge